**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-2195**

_____

THEODORE JUSTICE,

                Plaintiff – Appellant,

       v.

THE STATE OF NORTH CAROLINA; FRANKLIN COUNTY; TOWN OF
LOUISBURG; ROBERT H. HOBGOOD, JR., Honorable Chief Judge,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  James C. Fox, Senior
District Judge. (5:15-cv-00046-F)

_____

Submitted:  January 14, 2016      Decided:  January 19, 2016

_____

Before AGEE, WYNN, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Theodore Justice, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theodore Justice appeals from the district court's order accepting the recommendation of the magistrate judge and dismissing as frivolous Justice's claim for relief in the form of a petition for writ of mandamus and 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Justice v. North Carolina, No. 5:15-cv-00046-F (E.D.N.C. Sept. 16, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED